

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00114-CV

**CITY OF CIBOLO, TEXAS**,
Appellant

v.

Darryl A. **ZUNKER** and Lana Zunker,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 24-2413-CV-E
Honorable Heather H. Wright, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED. We DISMISS WITH PREJUDICE all claims in the underlying suit by appellant against appellees. We ORDER that costs of this appeal are taxed against appellant.

SIGNED September 24, 2025.

_____
Lori Massey Brissette, Justice